UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

ROBERT DEAN DAVIS, )
)
            Petitioner, )
vs. )   1:05-cv-707-SEB-VSS
)
CRAIG HANKS, )
)
            Respondent. )

# J U D G M E N T

The court, having this day made its Entry,

**IT IS THEREFORE ADJUDGED** that the petitioner take nothing by his petition for a writ of habeas corpus and this action is **dismissed with prejudice.**

Date: 09/08/2005

_____
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Copies to:

Robert Dean Davis, DOC #943271
Wabash Valley Correctional Facility
P.O. Box 1111
Carlisle, IN 47838-1111

Office of the Indiana Attorney General
Indiana Government Center South, Fifth Floor
402 West Washington Street
Indianapolis, IN 46204-2770